UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
FRANKFORT

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Case No. 3:23-cr-00006-GFVT-MAS |
| v. | ) ) | |
| ALBERTO GUADALUPE AVILA, | ) ) | **ORDER** |
| Defendant. | ) ) ) | |

\*\*\*    \*\*\*    \*\*\*    \*\*\*

This matter is before the Court on the Recommendation to Accept Guilty Plea filed by United States Magistrate Judge Matthew A. Stinnett. [R. 21.] The recommendation instructed the parties to file any specific written objections within three days after being served with the decision, or else waive the right to further review. *See id.* at 3. Neither party has objected, and the time to do so has now passed. Upon review, the Court is satisfied that Defendant Avila knowingly and competently pled guilty to the charged offense and that an adequate factual basis supports the plea as to each essential element of the offense charged. Accordingly, the Court hereby **ORDERS** as follows:

1. Judge Stinnett's Recommendation to Accept Guilty Plea is **ADOPTED** as and for the Opinion of the Court;

2. Defendant Alberto Avila is **ADJUDGED** guilty of Count One of the Indictment; and

3. The Defendant's Jury Trial is **CANCELLED**.

This the 25th day of July, 2023.

Gregory F. Van Tatenhove
United States District Judge